UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CRIMINAL NO. 11-20090

    v.                      HONORABLE GEORGE CARAM STEEH

DAVID AYOUB D-1,

    Defendant.
_____/

## ORDER CONTINUING STATUS CONFERENCE
## AND FINDING EXCLUDABLE DELAY

The court today conducted a telephone status conference with counsel and was advised that Dr. Nixon's psychological evaluation of defendant will be set forth in a report to be filed by the end of July, 2012. The parties request a status conference on August 20, 2012, at 9:00 a.m., to determine whether competency remains an issue in this case.

The parties further stipulate that the extended time period until the August 20, 2012 status conference shall constitute excludable delay for purposes of the Speedy Trial Act given that the court must determine questions of defendant's competency prior to trial.

Dated: July 9, 2012

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 9, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk